O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SECURITY AND VIDEO, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; CITY OF SANTA CLARITA; CITY OF RANCHO CUCAMONGA; CITY OF LOMA LINDA., <br><br> Defendants. | Case No. CV 11-2113-ODW(FMOx) <br><br> **ORDER** |

The Court hereby orders the parties to attend a status conference, set for July 30, 2012, at 1:30 p.m., to discuss the remaining case schedule and how the parties wish to proceed in this matter. The stay is hereby lifted, and the Scheduling Conference set for September 10, 2012, is vacated. (ECF No. 50.)

**IT IS SO ORDERED.**

July 2, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**