**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SECURITY & VIDEO, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES; CITY OF SANTA CLARITA; CITY OF RANCHO CUCAMONGA; CITY OF LOMA LINDA, <br><br> Defendants. | Case No. 2:11-cv-2113-ODW(FMOx) <br><br> **JUDGMENT FOR DEFENDANTS** |

In light of the Court's findings of fact and conclusions of law contained in its December 20, 2013 Order Granting Defendants' Motion for Summary Judgment (ECF No. 98), **IT IS HEREBY ORDERED** that:

1. Judgment for Defendants CITY OF LOS ANGELES; CITY OF SANTA CLARITA; CITY OF RANCHO CUCAMONGA; and CITY OF LOMA LINDA;

2. Plaintiff LONE STAR SECURITY & VIDEO, INC. shall take nothing;

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 20, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**